## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT PADUCAH
## CIVIL ACTION NO. 5:04-CV-240-R

**TONY M. PRATHER**                                                                             **PLAINTIFF**

**v.**

**GREGORY STUMBO, et al.**                                                   **DEFENDANTS**

### MEMORANDUM OPINION

      This is a prisoner, civil rights action in which Plaintiff, Tony M. Prather, *pro se*, moves to reconsider the Order denying him leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915(g), because Plaintiff has on three or more prior occasions, while incarcerated, brought an action in this Court that was dismissed as frivolous or for failure to state a claim.[1]

      Plaintiff argues that because these three actions were filed and dismissed before the enactment of the Prison Litigation Reform Act, 28 U.S.C. § 1915, this Court should not, in Plaintiff's view, bar him from filing the current action. This argument lacks merit. *Wilson v. Yaklich*, 148 F.3d 596 (6th Cir. 1998). There is no bar to filing this action; Plaintiff simply has forfeited the benefit of filing without prepayment of fees.

      Plaintiff correctly takes issue with a $250 rather than $150 filing fee. Because he filed the complaint prior to the fee increase effective February 2005, he may pursue this action by prepaying a $150 filing fee. Accordingly,

      **IT IS HEREBY ORDERED** that the motion to reconsider is **GRANTED** to the extent the Order incorrectly required a $250 filing fee;

      **IT IS FURTHER ORDERED** that Plaintiff shall pay the requisite $150 filing fee within

---

[1] See *Prather v. Western Ky. Corr. Complex, et al.*, 5:91-CV-307(H) (dismissed January 1993); *Prather v. Jones, et al.*, 5:92-CV-38(J) (dismissed February 1992); and *Prather v. v. Dr. Jones*, 5:89-CV-156(J) (dismissed June 1989).

10 days of the entry of this Order.  Failure to pay the filing fee within 10 days will result in

**DISMISSAL** of this action.

        Dated:

cc:     Plaintiff, *pro se*

4413.007